FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

__Riddle__     __1005578__
(Last Name)    (Identification Number)

__Steven__     __Edward__
(First Name)    (Middle Name)

__Rankin County Jail__
(Institution)

__221 N. Timber St. Brandon, MS, 39042__
(Address)
*(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 30 2013
J T NOBLIN CLERK
BY _____ DEPUTY

V.

CIVIL ACTION NUMBER: __3:13cv328-CWR-FKB__
(to be completed by the Court)

__Bryan Bailey - Sheriff__
__Lt. Ben Blaine - Jail Administrator__
__Mitch Hall - Detention Officer__
__Denise Craig - Detention Officer__
__Katie Minor - Nurse__
__Lavern Collum - Medical Administrator__
__Dr. Michael Reddix - Owner "Health Assurance LLC"__
*(Enter above the full name of the defendant or defendants in this action)*

### OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?    Yes (X)   No ( )

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

    1. Parties to the action: ① __Steven Riddle vs. Billy Magee__
                           ② __Steven Riddle vs. MS. Dept. of Corrections__
                           ③ __Steven Riddle vs. MS. Dept. of Corrections__

    2. Court (if federal court, name the district; if state court, name the county): ① __Southern District__ ② __Northern District__ ③ __? Southern District__

    3. Docket Number: __Unknown__

    4. Name of judge to whom case was assigned: __Unknown__

    5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): ① __Plaintiff dismissed__ ② __Dismissed missed deadline__ ③ __Dismissed Repentive__

1

# PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Steven Riddle   Prisoner Number: Rankin County Jail ID# 1005578

Address: 221 N. Timber ST Brandon, MS. 39042

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: Bryan Bailey _____ is employed as Sheriff of Rankin County MS. at 221 N. Timber ST Brandon, MS. 39042

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

| NAME: | ADDRESS: |
|---|---|
| Steven Riddle | 221 N. Timber ST Brandon, MS. 39042 |

DEFENDANT(S):

| NAME: | ADDRESS: |
|---|---|
| Ben Blaine - Jail Administrator | 221 N. Timber ST, Brandon, MS. 39042 |
| Mitch Hall - Detention Officer | 221 N. Timber ST, Brandon, MS. 39042 |
| Denise Craig - Detention Officer | 221 N. Timber ST, Brandon, MS. 39042 |
| Katie Minor - Nurse | 221 N. Timber ST, Brandon, MS. 39042 |
| Lavern Collum - Medical Administrator | 221 N. Timber ST, Brandon, MS. 39042 |
| Dr. Michael Reddix - Owner "Health Assurance LLC" | 221 N. Timber ST, Brandon, MS. 39042 |

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes ( )   No ( X )

B. Are you presently incarcerated for a parole or probation violation?

Yes ( )   No ( X )

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( )   No ( X )

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

Yes ( )   No ( X )

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

Yes ( )   No ( ), if so, state the results of the procedure: _____

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?
Yes ( X )   No ( )

2. State how your claims were presented (written request, verbal request, request for forms): __Written Request Exhibits one, one-A, one-B, and one-L__

3. State the date your claims were presented: __12-27-12, 1-14-13, 2-13-13, 2-24-13__

4. State the result of the procedure: __After initiating this complaint LT. Ben Blain Answered my grievance dated 2-24-13 Exhibit-one. LT. Ben Blaine gave his final answer on May, 23, 2013. See Exhibit 1-L__

3

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

① - Denial of State or Federal Right to make a Phone Call after Being Booked into Jail Because of Being Homeless.   *(Page 6)*

② - Excessive Force   *(Page 7)*

③ - Inadequate Grievance Procedure   *(Page 8-14)*

④ - Inadequate medical services, Denial to Provide medical Help, Deliberate Indifference To medical needs   *(Page 16-24)*

⑤ - Denial of Access to Courts - Inadequate legal Assistance Program   *(Page 30-35)*

*Please see Attached Pages*

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Please See Attached Pages *(Pages 37-42)*

Signed this _____ day of _____, 20_____.

Stu Riddle  # 1005578

221 N. Timber St, Brandon, MS, 39042

Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Stu Riddle

Signature of plaintiff

_____
(Date)

4

# Table of Contents

| | Page |
|---|---|
| Request to Proceed In Forma Pauperis and Account Statement | 1, 2, 3. |
| 42 U.S.C. §1983 Prisoner Complaint Form | 1-4 |
| Statement Naming Sheriff Bryan Bailey as a Defendant | 5 |
| Claim One | 6 |
| Claim Two | 7 |
| Claim Three | 8-14 |
| Exhibits to Claim Three | 15, 15-A to 15-N |
| Claim Four | 16-28 |
| Exhibits to Claim Four | 29, 29-A to 29-F |
| Claim Five | 30-35 |
| Exhibits to Claim Five | 36, 36-A to 36-I |
| Relief | 37-42 |