June 7, 2013

TO: DISTRICT COURT CLERK

FROM: Steven Riddle — Rankin County Jail
221 N. Timber St., Brandon, MS. 39042

RE: Civil Action # 3:13-cv-328-CWR-~~FKB~~

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 14 2013
J T NOBLIN CLERK
DEPUTY

Dear Clerk

I was told by the attorney for the Rankin County Jail that they would ~~no~~ copy and mail my complaint.
I am writing this as I wait for them to call me up to do this. So I am sending the original and seven (7) copies. Prior to this I was only able to send the four page form portion, the In Forma Pauperis and the Account Statement, ~~I am now sending~~ which you filed for me and gave me a civil action number for. The original handwritten copy I now send will have the Request to Proceed In Forma Pauperis, the original Account Statement, and the 4 page Complaint Form.
I have put the civil action number on the complaint form and I have dated everything May 30th 2013, that was according to the date your letter said my complaint was filed.
I should still have I hope a "Motion to Compel" now pending in your court asking the judge to order the jail to make copies and mail my complaint so I hope the jail does what it says and mails my complaint. The entire complaint is 80 pages.
When and if they mail this complaint I will follow up with a letter asking you to dismiss the motion to compel as it will be moot. Or when you receive the original and 7 copies you if you can have the motion dismissed. Today is June 6, 2013.
Thank you very much for all your help. S— R——

# Certificate of Service

I Steven Riddle, do hereby certify that I have on this day caused to be mailed via United States mail a 42 U.S.C. §1983 complaint to the U.S. District Court Clerk at 501 E. Court Street, Suite 2.500, Jackson, MS. 39201. This is also attested to by the officials signature who is recieving the complaint from me.

So certified on this the 7 day of June, 2013

By, *Stn Riddle*     Steven Riddle
221 N. Timber St
Brandon, MS, 39042

Signature and name of official recieving complaint

Received By *A. Tupn*    Amanda Thompson

Date June, 7, 2013